PROB 12C
(6/16)

Report Date: December 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2025

SEAN F. McAVOY, CLERK

ECF No. 186

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler James Tofsrud　　　　　　Case Number: 0980 2:17CR00023-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 24, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), 846 | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 31, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 30, 2030 |

### PETITIONING THE COURT

To issue a summons.

On July 31, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Tofsrud, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On November 27, 2025, Mr. Tyler Tofsrud allegedly violated mandatory condition number 1 by being arrested by the Washington State Patrol (WSP) for Driving Under the Influence (DUI), in violation of RCW 46.61.502.5.<br><br>On November 28, 2025, the offender sent the undersigned a text message advising he had been "pulled over last night" on his way home.<br><br>On the morning of December 1, 2025, this officer received an email from Mr. Tofsrud's community corrections officer (CCO), with the Washington State Department of Corrections (WA DOC), advising that the offender had been arrested for DUI on Thanksgiving.<br><br>This officer subsequently contacted Mr. Tofsrud and he confirmed he had been arrested for DUI on November 27, 2025, after consuming alcohol at a coworker's home. |

Prob12C
**Re: Tofsrud, Tyler James**
**December 11, 2025**
**Page 2**

On December 10, 2025, the undersigned received a copy of WSP incident report #25-111670-1. According to that report, at approximately 8:52 p.m. on November 27, 2025, a trooper with the WSP observed a vehicle stopped in the middle lane at a red light. The vehicle, a white Chevrolet Tahoe, went "from the middle lane across the right lane, through the red light, and sped up to approximately 40 plus mph;" a traffic stop was subsequently initiated.

The driver, identified as Tyler Tofsrud, reportedly "stated he knew he was speeding and was trying to get home because he has a curfew and can't be late;" the offender was noted as having bloodshot and watery eyes, with an "obvious odor of intoxicants coming from the vehicle." Mr. Tofsrud was subject to standardized field sobriety tests (SFST), but refused to provide a breath sample, therefore, he was arrested.

Later that same evening, on November 27, 2025, the offender was transported to Deaconess Hospital, at which time law enforcement applied for a search warrant for his blood as a result of his refusal. As of the writing of this report, the blood test results have not yet been received.

2    **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about November 27, 2025, Tyler Tofsrud is alleged to have violated special condition number 6 by consuming alcohol.

On December 1, 2025, the assigned probation officer spoke with Mr. Tofsrud, who readily admitted to being arrested for DUI on November 27, 2025. According to the offender, he celebrated the Thanksgiving holiday with family, then took a plate of food to a coworker's house, who is from out of town. While there, Mr. Tofsrud admits to consuming alcohol.

On December 9, 2025, the supervisee reported to the U.S. Probation Office and signed an admission of use form admitting to the use of alcohol on or about November 27, 2025.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/11/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Tofsrud, Tyler James
December 11, 2025
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Thomas O. Rice
United States District Judge

December 12, 2025
Date