PROB 12C
(6/16)

Report Date: September 17, 2026

ECF No. 239

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2026

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler James Tofsrud    Case Number: 0980 2:17CR00023-TOR-1

Address of Offender: [redacted] Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 24, 2018

Original Offense: Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), 846

Original Sentence: Prison - 120 months; TSR - 60 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard    Date Supervision Commenced: July 31, 2025

Defense Attorney: Katie Elizabeth Kitchen    Date Supervision Expires: July 30, 2030

## PETITIONING THE COURT

To issue a warrant.

On July 31, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Tofsrud, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On or about September 13, 2026, Tyler Tofsrud allegedly violated mandatory condition number 1 by attempting to forcibly enter a home without the home owner's consent (a violation of RCW 59.12.010) and trespassing on private property (a violation of RCW 9A.52.080).

On September 16, 2026, this officer received notification that Mr. Tyler Tofsrud had been contacted by law enforcement at approximately 1:45 a.m., on September 13, 2026. According to the information received, law enforcement was contacted by a home owner who reported that a man was attempting to open the door of their home and get in.

According to the complainant, their husband and friend were attempting to have the offender leave the property, but he refused. When Mr. Tofsrud was unable to breach the door of the residence, he then began to try and enter through a bathroom window. The complainant's friend then armed themselves with a baseball bat and confronted the offender.

When confronted, Mr. Tofsrud told the complainant's friend that "he was invited there and can come inside." The offender was telling the property owner's friend to "let him in because he's staying the night."

2 **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: On or about September 16, 2026, Tyler Tofsrud allegedly violated standard condition number 9 by failing to notify the probation officer of law enforcement contact within 72 hours.

At approximately 1:40 a.m., on September 13, 2026, the offender was contacted by law enforcement. He failed to notify the assigned probation office of his contact with law enforcement within 72 hours as required, so on the afternoon of September 16, 2026, the undersigned contacted Mr. Tofsrud.

3 **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about September 12, 2026, Tyler Tofsrud allegedly violated special condition number 6 by consuming alcohol.

On September 16, 2026, at approximately 2:19 p.m., this officer attempted to contact Mr. Tofsrud, but was unsuccessful; he finally responded after close of business that same day. He was instructed to report to the U.S. Probation Office (USPO) at 8 a.m. the next morning, on September 17, 2026. The offender was asked if there was anything he wanted to report to the undersigned before that meeting, and he responded, "like what?"

This officer then confronted him about his interaction with law enforcement on September 13, 2026. Mr. Tofsrud insisted that he did not recall having any contact with law enforcement, but subsequently admitted to consuming alcohol on September 12, 2026, for his birthday.

While reviewing the details of his interaction with law enforcement, the offender was adamant that he had not attempted to enter anyone's home, despite claiming that he did not recall the interaction. Because of inconsistencies in his responses, this officer raised concerns about Mr. Tofsrud's selective memory.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2026

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 18, 2026

Date